**No. 45745.**—Protest 974346–G/11503 of M. M. DuPoney (New Orleans).

Opinion by EVANS, J. On the record presented the protest was dismissed as untimely.

**No. 45746.**—Petition 6114–R of Grow & Cuttle, Inc. (Chicago).

Opinion by EVANS, J. The evidence was held sufficient to show that the importer had no intention to defraud the revenue or deceive the Government officials as to the value. The petition was therefore granted.

**No. 45747.**—Petition 5923–R of Erwin Weller Co. (Omaha).

Opinion by EVANS, J. It appeared that in making the entry a charge for packing and cases was deducted in error due to the fact that importer was not familiar with the law. It was held that it was the duty of the petitioner to so inform himself that his entry would conform with the law. On the authority of *United States* v. *Swift* (17 C. C. P. A. 54, T. D. 43356) the court was constrained to deny the petition.

**No. 45748.**—Petition 5929–R of D. Blacker Printing Co. (Omaha).

Opinion by EVANS, J. Under the circumstances it was found that the importer was without intent to defraud or deceive the Government officials. The petition was therefore granted.

BEFORE THE THIRD DIVISION, APRIL 21, 1941

**No. 45749.**—Protest 47078–K of Musolino Lo Conte Co. (Boston).

Opinion by EVANS, J. The evidence showed that the examiner opened and examined only one carton of the total of 100 cartons and the appraiser did not open and examine any of the cartons of the shipment. On the record presented the protest was sustained. *Tower* v. *United States* (21 C. C. P. A. 417, T. D. 46943) followed.

**No. 45750.**—Protest 727719–G of W. R. Grace & Co. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *General Rubber Co.* (22 C. C. P. A. 308, T. D. 47350) and Abstract 43984 the claim for free entry under paragraph 1662 was sustained as to certain bales.